**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JACKIE COZZUBBO, | : CIVIL ACTION |
| | : |
| Plaintiff, | : No: _____ |
| v. | : |
| | : |
| LIBERTY MUTUAL INSURANCE | : |
| COMPANY, | : |
| | : |
| | : |
| Defendant. | : |

**NOTICE OF REMOVAL**

**TO:  CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Defendant, LM General Insurance Company, (incorrectly identified as "Liberty Mutual Insurance Company" and hereinafter referred to as "LM General" or "Defendant") by its attorneys, Marshall Dennehey, P.C. hereby gives notice of the removal of this civil action from the Court of Common Pleas of Northampton County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446(b), and in support thereof, states the following:

1.  Plaintiff commenced this action by Complaint in the Court of Common Pleas of Northampton County, Pennsylvania, at Docket No. C-48-CV-2026-04382. A copy of the Complaint is attached and marked as Exhibit 1.

2. According to the Complaint, Plaintiff is an adult individual and resides at 920 E. Laurel Ave., Pen Argyl, Northampton County, Pennsylvania 18072. (Exhibit 1, at ¶ 1).

3. Defendant, LM General Insurance Company[1], is a company organized under the laws of the State of Massachusetts and for federal court jurisdiction/diversity of citizenship disclosure purposes, its principal place of business is located at 175 Berkeley Street, Boston, MA.

4. In her Complaint, Plaintiff contends that she sustained damages as a result of a motor vehicle accident involving an underinsured motorist which occurred on or about January 9, 2024. (Exhibit 1, at ¶ 6 - 10).

5. Plaintiff alleges that she sustained severe and permanent injuries and impairment of her earning capacity.  (Exhibit 1, at ¶ 10 and 18).

6. Plaintiff alleges that, at the time of the January 9, 2024 car accident, she was insured by a policy of insurance issued by Defendant which provides underinsured motorist ("UIM") coverage of $100,000.00 per person  (Exhibit 1, at ¶ 4).

7. Plaintiff's Complaint seeks a judgment in excess of $50,000, plus punitive damages.  (Exhibit 1, ad damnum clause).

---

[1]Plaintiff's Complaint incorrectly identifies the Defendant as Liberty Mutual Insurance Company.  The Policy Declarations is attached and marked as Exhibit 2 and confirms that the policy was provided and underwritten by LM General Insurance Company.  Therefore, LM General Insurance Company is the correct Defendant.

8. Based upon Plaintiffs' allegations, the amount in controversy in this action is in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of costs and interest.

9. As such, this Honorable Court has jurisdiction pursuant to the provisions of 28 U.S.C. §1332 based upon the fact that there exists diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00.

10. The present lawsuit is accordingly removable from the state court to this Honorable Court pursuant to 28 U.S.C. §§ 1441 and 1446.

11. This Notice of Removal has been filed within thirty (30) days after receipt by Defendant of the Complaint in accordance with 28 U.S.C. §1446(b).

12. Written notice of the filing of this Notice of Removal has been given to the adverse party in accordance with 28 U.S.C. §1446(d) and as noted in the attached Certificate of Service.

13. Promptly after filing with this Honorable Court, and with the assignment of a Civil Action Number, a copy of this Notice of this Removal will be filed with the Court of Common Pleas of Northampton County, Pennsylvania in accordance with 28 U.S.C. §1446(d).

WHEREFORE, Defendant, LM General Insurance Company, hereby removes this action from the Court of Common Pleas of Northampton County,

Pennsylvania to the United States District Court for the Eastern District of

Pennsylvania.

Respectfully submitted:

Robert E. Smith, Esquire
Marshall Dennehey, P.C.
Attorney I.D. No. 69699
P.O. Box 3118
Scranton, PA  18505-3118
(570) 496-4611
resmith@mdwcg.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JACKIE COZZUBBO,          : CIVIL ACTION
                           :
          Plaintiff,     : No: _____

v.                        :
                           :

LIBERTY MUTUAL INSURANCE  :
COMPANY,               :
                           :
          Defendant.   :

### CERTIFICATE OF COMPLIANCE

      I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

                             Respectfully submitted:

Robert E. Smith, Esquire
Marshall Dennehey, P.C.
Attorney I.D. No. 69699
P.O. Box 3118
Scranton, PA  18505-3118
(570) 496-4611
resmith@mdwcg.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JACKIE COZZUBBO,                : CIVIL ACTION
:
           Plaintiff,           : No: _____
v.                                  :
:
LIBERTY MUTUAL INSURANCE   :
COMPANY,                      :
:
           Defendant.      :

## CERTIFICATE OF SERVICE

I, Robert E. Smith, Esquire, hereby certify that on June 19, 2026, I served a true and correct copy of a Notice of Removal, Case Management Track, Disclosure Statement, Civil Cover Sheet and Designation Form with Exhibits and Certificates of Compliance and Service, via electronic mail, upon the following:

Peter A. Dorn, Esquire
Morgan & Morgan
2005 Market Street, Suite 600
Philadelphia, PA  19103
peter.dorn@forthepeople.com

                                  Respectfully submitted:

                                  Robert E. Smith, Esquire
                                  Marshall Dennehey, P.C.
                                  Attorney I.D. No. 69699
                                  P.O. Box 3118
                                  Scranton, PA  18505-3118
                                  (570) 496-4611
                                  resmith@mdwcg.com